**Curtis Jerome BROWN, Sr., a/k/a Curtis J. Brown, Sr., a/k/a Curtis Jerome Brown, Petitioner–Appellant,**

**v.**

**UNITED STATES of America; US Probation Office, Respondents–Appellees.**

**No. 15–6254.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 23, 2015.

Curtis Jerome Brown, Sr., Appellant pro se.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Jerome Brown, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and

dismissing, without prejudice, Brown's petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. United States,* No. 2:14–cv–04340–DCN (D.S.C. Jan. 30, 2015). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*